FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 2 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>vs.<br><br>JASON EUGENE ARCHULETA,<br>                                Defendant. | Case No.: SA12-122 M<br><br>ORDER OF DETENTION |

## I.

A.   ( )   On motion of the Government in a case allegedly involving:

   1.   ( )   a crime of violence.

   2.   ( )   an offense with maximum sentence of life imprisonment  or death.

   3.   ( )   a narcotics or controlled substance offense with maximum sentence of ten or more years.

   4.   ( )   any felony - where defendant convicted of two or more prior offenses described above.

   5.   ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1  B.  (X)  On motion by the Government/( ) on Court's own motion, in a case
2  allegedly involving:
3  (X)  On the further allegation by the Government of:
4  1.  (X)  a serious risk that the defendant will flee.
5  2.  ( )  a serious risk that the defendant will:
6  a.  ( )  obstruct or attempt to obstruct justice.
7  b.  ( )  threaten, injure or intimidate a prospective witness or
8  juror, or attempt to do so.
9  C.  The Government ( ) is/( ) is not entitled to a rebuttable presumption that no
10  condition or combination of conditions will reasonably assure the defendant's
11  appearance as required and the safety or any person or the community.
12
13  **II.**
14  A.  (X)  The Court finds that no condition or combination of conditions will
15  reasonably assure:
16  1.  (X)  the appearance of the defendant as required.
17  (X)  and/or
18  2.  (X)  the safety of any person or the community.
19  B.  ( )  The Court finds that the defendant has not rebutted by sufficient evidence
20  to the contrary the presumption provided by statute.
21
22  **III.**
23  The Court has considered:
24  A.  (X)  the nature and circumstances of the offense(s) charged, including whether
25  the offense is a crime of violence, a Federal crime of terrorism, or involves
26  a minor victim or a controlled substance, firearm, explosive, or destructive
27  device;
28  B.  (X)  the weight of evidence against the defendant;

1 C.    (X)   the history and characteristics of the defendant; and

2 D.    (X)   the nature and seriousness of the danger to any person or the community.

3

4 **IV.**

5 The Court also has considered all the evidence adduced at the hearing and the

6 arguments and/or statements of counsel, and the Pretrial Services

7 Report/recommendation.

8

9 **V.**

10 The Court bases the foregoing finding(s) on the following:

11 A.    (X)   As to flight risk:   Defendant's lack of bail resources, unemployed status,

12 his homeless status, and lack of any other strong ties to the community,

13

14 B.    (X)   As to danger: The nature of the charged offense (bank robbery) and his

15 prior criminal history.

16

17 **VI.**

18 A.    ( )   The Court finds that a serious risk exists the defendant will:

19       1.    ( )   obstruct or attempt to obstruct justice.

20       2.    ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.

21 B.    The Court bases the foregoing finding(s) on the following:

22 _____

23 _____

24 _____

25

26 **VI.**

27 A.    IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

28 B.    IT IS FURTHER ORDERED that the defendant be committed to the custody of

1  the Attorney General for confinement in a corrections facility separate, to the
2  extent practicable, from persons awaiting or serving sentences or being held in
3  custody pending appeal.
4  C.  IT IS FURTHER ORDERED that the defendant be afforded reasonable
5  opportunity for private consultation with counsel.
6  D.  IT IS FURTHER ORDERED that, on order of a Court of the United States or on
7  request of any attorney for the Government, the person in charge of the
8  corrections facility in which defendant is confined deliver the defendant to a
9  United States marshal for the purpose of an appearance in connection with a
10  court proceeding.
11
12  Dated: March 27, 2012

                              /s/  Arthur Nakazato
13                            ARTHUR NAKAZATO
                          UNITED STATES MAGISTRATE JUDGE
14

Page 4 of 4