O

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Case No.: SACR12-74-AG
                                )
                    Plaintiff,  )   ORDER OF DETENTION AFTER
                                )   HEARING
              vs.               )   [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
Archuleta, Jason Eugene         )     § 3143(a)]
                                )
                    Defendant.  )

        The defendant having been arrested in this District pursuant to a warrant issued

by the United States District Court for the _____ CD CA _____,

for alleged violation(s) of the terms and conditions of his/her [probation] [supervised

release]; and

        The Court having conducted a detention hearing pursuant to Federal Rule of

Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

        The Court finds that:

A.    [X] The defendant has not met his/her burden of establishing by clear and

      convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §

      3142(b) or (c).  This finding is based on _____ backgrd, cmty ties

_unknown due to failure to interview; bail_

_____ resources unknown; substance abuse history;_

conduct in not complying w/conditions of

supervision

1

2

3        and/or

4   B.    (X) The defendant has not met his/her burden of establishing by clear and

5        convincing evidence that he/she is not likely to pose a danger to the safety of any

6        other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7        finding is based on _____ Substance abuse history, criminal

8        _____ history record

9

10

11

12

13        IT THEREFORE IS ORDERED that the defendant be detained pending further

14   revocation proceedings.

15

16   DATED: _____ 6/26/14

17                                          ROBERT N. BLOCK
                                            UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28