FILED
CLERK, U.S. DISTRICT COURT

SEP - 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON EUGENE ARCHULETA,<br><br>    Defendant. | Case No. SA CR 12-0074-AG<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. . § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

No available bail resources; present allegations and prior supervised release violation indicate lack of amenability to supervision.

1 | and

2 | B. ( X ) The defendant has not met his burden of establishing by clear and convincing
3 | evidence that he is not likely to pose a danger to the safety of any other person or the
4 | community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:
5 | Prior criminal history; substance abuse history; present allegations and prior
6 | supervised release violation indicate lack of amenability to supervision.
7 |        IT THEREFORE IS ORDERED that the defendant be detained pending further
8 | revocation proceedings.

10 | Dated: ___Sept. 8, 2014___

DOUGLAS F. McCORMICK
United States Magistrate Judge